1
2
3
4
5
6
7

JS-6

8           UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10

11   HILDA V. A.,                        Case No.  5:22-cv-01064-KES

12           Plaintiff,

13      v.                               **JUDGMENT**

14   KILOLO KIJAKAZI, Acting
     Commissioner of Social Security,
15

16           Defendant.

17

18      IT IS HEREBY ADJUDGED that, for the reasons set forth in the

19   Memorandum Opinion and Order, the decision of the Commissioner of the Social

20   Security Administration is affirmed and this action is dismissed with prejudice.

21

22   DATED:  January 30, 2023

23                                       _____
                                         Karen E. Scott
24                                       KAREN E. SCOTT
25                                       United States Magistrate Judge

26
27
28

1